1

2

3

4

# UNITED STATES DISTRICT COURT

5

EASTERN DISTRICT OF CALIFORNIA

6

7

TERRI LYNN HELTNE,                                    Case No. 1:20-cv-00964-SKO

8

        Plaintiff,                              **ORDER LIFTING STAY TO PERMIT APPROVAL OF MOTION TO PROCEED IN FORMA PAUPERIS AND FOR SERVICE UPON DEFENDANT**

9

     v.

10

ANDREW M. SAUL,

11

Commissioner of Social Security,

12

        Defendant.

_____/

13

14

      On July 10, 2020, Plaintiff Terri Lynn Heltne filed this action seeking judicial review of a

15

final decision of the Commissioner of Social Security ("Commissioner") denying her applications

16

for disability benefits pursuant to the Social Security Act.  (Doc. 1.)   Plaintiff also filed an

17

application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2.)

18

      On July 16, 2020, the Court entered an order staying proceedings in this matter pursuant to

19

General Order No. 615 ("G.O. No. 615").  (Doc. 3.)  G.O. No. 615, issued April 14, 2020, stays all

20

Social Security actions filed after February 1, 2020, until the Commissioner may begin normal

21

operations at the Office of Appellate Hearings Operations and may resume preparation of a certified

22

copy of the administrative record.  *See* E.D. Cal. G.O. No. 615.

23

      Upon reconsideration of G.O. No. 615, the Court has determined that the General Order

24

contemplated: (1) Plaintiff's payment of the filing fee or adjudication of an application to proceed

25

*in forma pauperis*; and (2) issuance of a summons and service of the complaint upon the

26

Commissioner, despite staying the proceedings in all other regards.

27

      Accordingly, it is hereby ORDERED that the stay in this matter shall be lifted for the limited

28

purpose of: (1) adjudication of Plaintiff's pending application to proceed *in forma pauperis* (Doc.

1   2); and (2) issuance of the summons by the Clerk of Court to permit service of the complaint on the

2   Commissioner.  In all other regards, the stay of proceedings in this case shall continue and will be

3   automatically lifted when the Commissioner files the certified copy of the administrative record.

4   *See* E.D. Cal. G.O. 615 ¶¶ 6, 10.

5

6   IT IS SO ORDERED.

7   Dated:   __**September 22, 2020**__              _____/s/ *Sheila K. Oberto*_____

8                                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28