PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI LYNNE HELTNE,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-00964-SKO<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SETTLEMENT REQUEST<br><br>(Doc. 15) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, subject to the approval of the Court, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's letter brief requesting remand. Counsel requests this extension of time because additional time is needed to ascertain whether additional briefing is necessary.

With this extension:

- Defendant shall respond to Plaintiff's letter brief on or before July 1, 2021;

- If the parties do not voluntarily remand the case, Plaintiff shall file and serve her opening brief within 32 days of her receipt of Defendant's response to her letter (on or before August 2, 2021);
- Defendant shall serve and file a responsive brief within 30 days (on or before September 1, 2021); and
- Plaintiff may serve and file a reply within 15 days of service of defendant's responsive brief (on or before September 16, 2021).

Respectfully submitted,

Dated: May 26, 2021           */s/ Jacqueline Forslund\**
                                       (*as authorized via e-mail on 5/25/21)
                                       JACQUELINE FORSLUND
                                       Attorney for Plaintiff

Dated: May 26, 2021           PHILLIP A. TALBERT
                                       Acting United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                         By:      */s/ Marcelo Illarmo*
                                       MARCELO ILLARMO
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant

///
///
///
///
///
///

## ORDER

Pursuant to the parties' above-stipulation (Doc. 15), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), the Scheduling Order (Doc. 14) is MODIFIED as follows:

1. Defendant shall respond to Plaintiff's letter brief on or before July 1, 2021;
2. If the parties do not voluntarily remand the case, Plaintiff shall file and serve her opening brief within 32 days of her receipt of Defendant's response to her letter (on or before August 2, 2021);
3. Defendant shall serve and file a responsive brief within 30 days (on or before September 1, 2021); and
4. Plaintiff may serve and file a reply within 15 days of service of defendant's responsive brief (on or before September 16, 2021).

IT IS SO ORDERED.

Dated: **June 1, 2021**          /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE