PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (510) 970-4822
     Facsimile: (415) 744-0134
     E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TERRI LYNNE HELTNE,<br><br>         Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>         Defendant. | Case No. 1:20-cv-00964-SKO<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 17) |

     IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

     On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: June 8, 2021                    */s/ Jacqueline Forslund*
                                       (*as authorized via e-mail on  6/7/21)
                                       JACQUELINE FORSLUND
                                       Attorney for Plaintiff


Dated: June 8, 2021                    PHILLIP A. TALBERT
                                       Acting United States Attorney
                                       DEBORAH LEE STACHEL
                                       Acting Regional Chief Counsel, Region IX
                                       Social Security Administration

                            By:        */s/ Marcelo Illarmo*
                                       MARCELO ILLARMO
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant


## ORDER

Based upon the parties' above Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") (Doc. 17), and for good cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Terri Lynn Heltne and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:  **June 9, 2021**                    /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE