FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:               541-593-4452
Email:           jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRI LYNN HELTNE, | ) | Case No.  1:20-CV-00964-SKO |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR AWARD OF ATTORNEY'S** |
| v. | ) | **FEES UNDER THE EQUAL ACCESS TO** |
| | ) | **JUSTICE ACT (EAJA)** |
| KILOLO KIJAKAZI[1], | ) | |
| Acting Commissioner of Social Security, | ) | (Doc. 20) |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of ONE THOUSAND NINE HUNDRED AND FIFTY-SIX dollars and TWENTY-EIGHT cents ($1,956.28).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.     The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of

---

[1]  Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Heltne v. Kijakazi**           **Stipulation and Order**           **E.D. Cal. 1:20-cv-00964-SKO**

EAJA fees and expenses is entered, the government will determine if they are subject to an offset. If it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under <u>Astrue v. Ratcliff</u>, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  September 7, 2021            JACQUELINE A. FORSLUND
                                    Attorney at Law


                                    */s/Jacqueline A. Forslund*
                                    JACQUELINE A. FORSLUND
                                    Attorney for Plaintiff

Date:  September 7, 2021            PHILIP A. TALBERT
                                    Acting United States Attorney
                                    DEBORAH STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    */s/Marcelo Illarmo*
                                    MARCELO ILLARMO
                                    Special Assistant United States Attorney
                                    *By email authorization
                                    Attorney for Defendant

**Heltne v. Kijakazi**              **Stipulation and Order**              **E.D. Cal. 1:20-cv-00964-SKO**

## ORDER

Based upon the parties' above Stipulation and Order for the Award of Attorney's Fees Under the Equal Access to Justice Act Fees and Expenses (EAJA) (the "Stipulation") (Doc. 20),

**IT IS ORDERED** that fees and expenses in the amount of ONE THOUSAND NINE HUNDRED AND FIFTY-SIX dollars and TWENTY-EIGHT cents ($1,956.28) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **September 8, 2021**            /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE